Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorney for Plaintiff
Rachel Lobato

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO,<br><br>   Plaintiff,<br><br>   vs.<br><br>ALI AHMED ALI, individually and dba FROSTY KING aka BURGER PLANET,<br><br>   Defendant. | No. 1:15-cv-00247-MJS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, Defendant has not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendant have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: July 14, 2015                                MOORE LAW FIRM, P.C.


                                                              */s/ Tanya E. Moore*
                                                              Tanya E. Moore
                                                              Attorney for Plaintiff
                                                              Rachel Lobato

**<u>ORDER</u>**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   July 16, 2015                             /s/ *Michael J. Seng*
                                                             UNITED STATES MAGISTRATE JUDGE